## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IVAN JAMES WESTRICK, GINGER WESTRICK, Individually and on behalf of their Minor Children, CRYSTAL LYNN WESTRICK and JENNIFER MARI WESTRICK,<br>         Plaintiffs,<br>v.<br>JON DALE JONES, C.R.N.A., SPECTRUM HEALTHCARE RESOURCES, INC., d/b/a DELAWARE SPECTRUM HEALTHCARE RESOURCES, INC., and COLUMBIA HEALTHCARE-THE ARORA GROUP JOINT VENTURE,<br>         Defendants. | § § § § § § § § § § § § § § § § | EP-06-CV-273-FM |
| DIANA HOLGUIN and HUMBERTO HOLGUIN,<br>         Plaintiffs,<br>v.<br>JON DALE JONES, C.R.N.A., SPECTRUM HEALTHCARE RESOURCES, INC., d/b/a DELAWARE SPECTRUM HEALTHCARE RESOURCES, INC., and COLUMBIA HEALTHCARE-THE ARORA GROUP JOINT VENTURE,<br>         Defendants. | § § § § § § § § § § § § § | EP-06-CV-277-FM |
| TAMIKA NICOLE JONES, Individually, and on behalf of her Minor child, NATAVIA FOSTER,<br>         Plaintiff,<br>v.<br>JON DALE JONES, C.R.N.A., SPECTRUM HEALTHCARE RESOURCES, INC., d/b/a DELAWARE SPECTRUM HEALTHCARE RESOURCES, INC., and COLUMBIA HEALTHCARE-THE ARORA GROUP JOINT VENTURE,<br>         Defendants. | § § § § § § § § § § § § § § | EP-06-CV-309-FM |

| | | |
|---|---|---|
| RONALD W. LARRABEE, and | § | EP-06-CV-310-FM |
| EVA J. LARRABEE, | § | |
|     Plaintiffs, | § | |
| v. | § | |
| JON DALE JONES, C.R.N.A., | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., d/b/a DELAWARE | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., and COLUMBIA | § | |
| HEALTHCARE-THE ARORA GROUP | § | |
| JOINT VENTURE, | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| MATTHEW LEE VICK, | § | EP-06-CV-311-FM |
|     Plaintiff, | § | |
| v. | § | |
| JON DALE JONES, C.R.N.A., | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., d/b/a DELAWARE | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., and COLUMBIA | § | |
| HEALTHCARE-THE ARORA GROUP | § | |
| JOINT VENTURE, | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| MICHAEL VANE and LIANE VANE, | § | EP-06-CV-312-FM |
| Individually and on behalf of MATTHEW | § | |
| C. VANE, A Minor Child, | § | |
|     Plaintiffs, | § | |
| v. | § | |
| JON DALE JONES, C.R.N.A., | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., d/b/a DELAWARE | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., and COLUMBIA | § | |
| HEALTHCARE-THE ARORA GROUP | § | |
| JOINT VENTURE, | § | |
|     Defendants. | § | |

| | | |
|---|---|---|
| STEVEN L. DAMRON and SHANNON | § | EP-06-CV-369-FM |
| R. DAMRON, Individually and on behalf | § | |
| of their Minor Children, TYLER R. | § | |
| DAMRON AND ZACHARY DAMRON | § | |
|     Plaintiffs, | § | |
| v. | § | |
| JON DALE JONES, C.R.N.A., | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., d/b/a DELAWARE | § | |
| SPECTRUM HEALTHCARE | § | |
| RESOURCES, INC., and COLUMBIA | § | |
| HEALTHCARE-THE ARORA GROUP | § | |
| JOINT VENTURE, | § | |
|     Defendants. | § | |

## [PROPOSED] ORDER TO CONSOLIDATE CASES

UPON CONSIDERATION of the parties' responses to this Court's Order to Show Cause, and it appearing to the Court that such an Order is necessary and appropriate in the interest of judicial economy and to avoid prejudice,

IT IS HEREBY ORDERED that the above-referenced cases be consolidated as follows:

    a.    the subject actions shall not be consolidated for any purpose other than joint hearings which affect all of the subject cases, pre-trial proceedings and the determination of liability;

    b.    that the issue of damages shall be tried separately once a determination of liability has been made;

    c.    that each action shall be pleaded separately (i.e., answers and affirmative defenses);

    d.    that pleadings may be jointly styled but a pleading so styled shall be filed in each action; and

      e.    that pleadings affecting only one case, be they dispositive or otherwise, shall not be jointly styled but should only be filed in such action.

      IT IS FURTHER ORDERED that counsel for all parties meet and confer regarding the development of a joint order on discovery and pre-trial proceedings for the subject cases.

Date:_____                    _____

                                              Honorable Judge Montalvo
                                              United States District Judge